UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL SMITH, | No. 2:13-cv-0738 MCE KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DR. ABDUR-RAHMAN, | |
| Defendant. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 13, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2015 are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 24) is granted in part and denied in part as follows:

   a. Defendant's motion for summary judgment as to plaintiff's claims concerning his boots and soft shoe chrono and chrono for gloves is denied; and

   b. Defendant's motion for summary judgment is granted on all remaining claims.

Dated: March 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT