UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL SMITH,

      Plaintiff,　　　　　　　　No. 2:13-cv-0738 MCE KJN P

vs.

DR. ABDUR-RAHMAN,

      Defendant.　　　　　　**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

      Darrell Smith, CDCR # K-15786, a necessary and material witness in a settlement conference in this case on June 1, 2015, is confined in California State Prison, Solano ("CSP-Solano"), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in before the Honorable Carolyn K. Delaney, U.S. Magistrate Judge, in Courtroom #24, Eighth Floor, at the United States District Courthouse, 501 I Street, Sacramento, California on Monday, June 1, 2015, at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, CSP-Solano, P.O. Box 4000, Vacaville, California 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, and from day to day until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 28, 2015

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/smit0738.841