UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. ABDUR-RAHMAN,<br><br>           Defendant. | No. 2:13-cv-0738 MCE KJN P<br><br><br>ORDER |

All parties have stipulated that this action be dismissed. (ECF No. 40.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 12, 2015

/smit0738.59c

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1